104 A.3d 1155

**Jamal HATCHER, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 157 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED** as improper attempts at hybrid representation. *See Commonwealth v. Ali,* 608 Pa. 71, 10 A.3d 282 (2010). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.